**No. 10-8182. Adrienne F. McGlone, Petitioner v. Joe L. Austin.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 955, 2011 U.S. LEXIS 3275.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1274, 131 S. Ct. 1607, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 1936.

**No. 10-8197. Larry Mattox, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 955, 2011 U.S. LEXIS 3203.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1238, 131 S. Ct. 1519, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1694.

**No. 10-8352. Ricky Soucy, Sr., Petitioner v. Patricia M. Barnhart, Warden.**

563 U.S. 970, 131 S. Ct. 2177, 179 L. Ed. 2d 955, 2011 U.S. LEXIS 3306.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1243, 131 S. Ct. 1533, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1244.

**No. 10-8406. Harold H. Hodge, Jr., et ux., Petitioners v. Calvert County, Maryland, et al.**

563 U.S. 970, 131 S. Ct. 2177, 179 L. Ed. 2d 955, 2011 U.S. LEXIS 3272.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1264.

**No. 10-8416. Michael L. Douglas, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

563 U.S. 970, 131 S. Ct. 2177, 179 L. Ed. 2d 955, 2011 U.S. LEXIS 3362.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1245, 131 S. Ct. 1538, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1245.

**No. 10-8452. Syed K. Rafi, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

563 U.S. 970, 131 S. Ct. 2177, 179 L. Ed. 2d 955, 2011 U.S. LEXIS 3245.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1260, 131 S. Ct. 1579, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1836.

**No. 10-8536. Howard Ellis, Petitioner v. Eighth Judicial District Court of Nevada, Clark County, et al.**

563 U.S. 971, 131 S. Ct. 2177, 179 L. Ed. 2d 955, 2011 U.S. LEXIS 3222.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1294, 131 S. Ct. 1693, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2223.